**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| OSWUALD SOTO GIL,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CIV-26-1754-PRW |

# ORDER

On July 13, 2026, Petitioner filed a Petition for Writ of Habeas Corpus (Dkt. 1) under 28 U.S.C. § 2241. On October 21, 2026, Petitioner filed a Notice of Voluntary Dismissal (Dkt. 11) pursuant to Federal Rule of Civil Procedure 41(a), which allows plaintiffs to dismiss actions without prejudice and without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment. Federal Rule of Civil Procedure 41(a) is applicable in habeas actions through Rule 12 of the Rules Governing 28 U.S.C. § 2254 Cases, which are themselves applicable to § 2241 petitions through Rule 1(b).[1] No Response to the Petition has been filed. Accordingly, the Petition (Dkt. 1) is **DISMISSED WITHOUT PREJUDICE**.

[1] *See also Boutwell v. Keating*, 399 F.3d 1203, 1210 n.2 (10th Cir. 2006) (explaining that a district court acted within its discretion in applying the Rules Governing § 2254 Cases to a § 2241 petition).

**IT IS SO ORDERED** this 22nd day of October 2026.

PATRICK R. WYRICK
UNITED STATES DISTRICT JUDGE